E4anwilc                          Arraignment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                              14 CR 130 (RPP)
                                        Arraignment

ALLEN WILLIAMS, ROBERTO GRANT,
TERRELL RATLIFF, and TYRONE DEHOYOS

                Defendant.

------------------------------x

                                       New York, N.Y.
                                       April 10, 2014
                                       4:30 p.m.

Before:

                  HON. ROBERT P. PATTERSON, JR.,

                                       District Judge

                        APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
RICHARD A. COOPER
ANDREA GRISWOLD
     Assistant United States Attorneys

KAFAHNI NKRUMAH
     Attorney for Defendant Williams

JESSE SIEGEL
     Attorney for Defendant Grant

NATALI TODD
     Attorney for Defendant Ratliff

ROBERT BAUM
     Attorney for Defendant Dehoyos

```
 1                   (In open court)

 2                   (Case called)

 3              MR. COOPER:  Good afternoon, your Honor.  Richard

 4    Cooper and Andrea Griswold for the government.

 5              THE COURT:  Good afternoon, Mr. Cooper and

 6    Ms. Griswold.

 7              THE DEPUTY CLERK:  Is defendant Allen Williams ready

 8    in this matter?

 9              MR. NKRUMAH:  Yes.  Good afternoon, your Honor.

10    Kafahni Nkrumah for Mr. Allen Williams who is seated in the top

11    row between the two marshals.

12              THE COURT:  Good afternoon, Mr. Nkrumah and good

13    afternoon, Mr. Williams.

14              THE DEPUTY CLERK:  Defendant Roberto Grant, ready?

15              MR. SIEGEL:  Yes.  Good afternoon, Judge.  Jesse

16    Siegel for Mr. Grant.  Mr. Grant is over there raising his

17    hand.

18              THE COURT:  Good afternoon, Mr. Siegel and good

19    afternoon, Mr. Grant.

20              DEFENDANT GRANT:  Good afternoon.

21              THE DEPUTY CLERK:  Defendant Terrell Ratliff.

22              MS. TODD:  Good afternoon, your Honor.  Natali Todd

23    tore Mr. Ratliff, who is seated in the front row of the jury

24    box.

25              THE COURT:  Good afternoon Mr. Ratliff.  Is that
```

1    right?

2              DEFENDANT RATLIFF:  Yeah.  Good afternoon.

3              THE COURT:  OK.

4              THE DEPUTY CLERK:  Defendant Tyrone Dehoyos.

5         MR. BAUM:  Robert M. Baum on behalf of Mr. Dehoyos,

6    who is seated in the first row of the jury box closest to the

7    Court's bench.

8              Good afternoon.

9              THE COURT:  Good afternoon, Mr. Baum and good

10   afternoon, Mr. Dehoyos.

11             DEFENDANT DEHOYOS:  Good afternoon.

12             THE COURT:  All right.  I understand we have to

13   arraign the defendants on the superseder one and superseder

14   two.

15             MR. COOPER:  That is right, your Honor.

16             THE COURT:  Allen Williams.  Mr. Nkrumah, have you

17   seen a copy of superseding indictment number one charging the

18   defendant with conspiracy to commit robberies between the dates

19   of July 1, 2013 and January 30, 2014, and also charging the

20   defendant with individual robberies between the dates of July

21   1, 2013; and Count Two of a jewelry store located in Atlantic

22   City, New Jersey; and then Count Three, with a jewelry store in

23   Richmond, Virginia on or about August 3, 2013; and in Count

24   Four with a jewelry store in Cranford, New Jersey, on or around

25   January 9, 2014; and in Count Five with a jewelry store located

1    in Manhattan New York, on or about January 30, 2014?

2              MR. NKRUMAH:  Yes, your Honor, I have had an

3    opportunity to review S1 with my client, Mr. Williams.  I had

4    an opportunity to give him a copy of S1 after reviewing it.

5              THE COURT:  OK.

6              Does he wish to have the counts read to him?

7              MR. NKRUMAH:  No, your Honor.

8              THE COURT:  Have you discussed the charges in each of

9    the counts with him?

10             MR. NKRUMAH:  Yes, your Honor.

11             THE COURT:  Dose he wish to have a plea of not guilty

12   entered on his behalf as to Counts One through Five --

13             MR. NKRUMAH:  That is correct, your Honor.

14             THE COURT:  -- of the superseding indictment?

15             MR. NKRUMAH:  That is correct.  At this time

16   Mr. Williams enters a plea of not guilty to superseding S1 14

17   Cr. 130 to all counts.

18             THE COURT:  Mr. Williams, have you seen the

19   superseding indictment number one charging you with conspiracy

20   to commit robberies between July 1, 2013 and January 30, 2014;

21   and charging you in Count Two with engaging in a robbery on and

22   around July 1, 2013 of a jewelry store in Atlantic City New

23   Jersey; in Count Three charging you with the robbery of a

24   jewelry store in Richmond, Virginia, on or around August 3,

25   2013, and in Count Four charging you with the robbery on or

around January 9, 2014 of a jewelry store in Cranford, New

Jersey, and charging you in Count Five with the robbery of a

jewelry store located in Manhattan, New York, on or around

January 30, 2014?  Have you seen the indictment?

DEFENDANT WILLIAMS:  Yes, I have seen it.

THE COURT:  I couldn't hear you.

DEFENDANT WILLIAMS:  I have seen it.

THE COURT:  Do you want me to read the indictment to

you --

DEFENDANT WILLIAMS:  No.

THE COURT:  -- or do you waive a reading of the

indictment?

DEFENDANT WILLIAMS:  I waive it.

THE COURT:  Would you like a plea of not guilty

entered on your behalf?

DEFENDANT WILLIAMS:  Yes.

THE COURT:  A plea of not guilty to all charges will

be entered on behalf of Mr. Williams as to superseding

indictment one.

Roberto Grant.  Mr. Siegel, have you seen a copy of

the superseding indictment charging Mr. Roberto Grant with all

five counts of the indictment; namely, the conspiracy to commit

robberies between the dates of July 1, 2013 to January 30,

2014; the alleged robbery on July 1, 2013 of a jewelry store in

Atlantic City, New Jersey; the robbery of a jewelry store in

1    Richmond, Virginia, in Count Three on or around August 3, 2013;

2    the robbery of a jewelry store in Cranford, New Jersey, on or

3    about January 9, 2014, as alleged in Count Four; and in Count

4    Five, the robbery of a jewelry store in Manhattan, New York, on

5    or around January 30, 2014?

6            MR. SIEGEL:  Yes, I have, Judge.  I have reviewed that

7    with Mr. Grant and he is prepared to waive its public reading

8    and to enter a plea of not guilty.

9            THE COURT:  Mr. Grant, have you read a copy of the

10   indictment charging you with the crimes that I just read off?

11           DEFENDANT GRANT:  Yes, I have.

12           THE COURT:  Do you wish me to read the indictment to

13   you or do you waive a reading of the indictment?

14           DEFENDANT GRANT:  I waive the reading of the

15   indictment.

16           THE COURT:  Do you wish a plea of not guilty entered

17   as to all five counts of the indictment?

18           DEFENDANT GRANT:  Yes.

19           THE COURT:  A plea of not guilty will be entered on

20   behalf of Mr. Grant as to all five counts in the indictment.

21           Mr. Ratliff, Terrell Ratliff.  Ms. Todd?

22           MS. TODD:  Yes, your Honor.

23           THE COURT:  Have you seen a copy of the indictment

24   charging the defendant in two counts?

25           MS. TODD:  I have, your Honor.

```
1              THE COURT:  Charging conspiracy to commit robberies

2    between the dates of July 1, 2013 through January 30, 2014 in

3    Count One, and in Count Two charging him with participating in

4    a robbery of a jewelry store in Atlantic City on or around July

5    1, 2013?

6              MS. TODD:  I have, your Honor.  I have reviewed it

7    with Mr. Ratliff.  We are prepared to waive the public reading

8    of the indictment, and he's also prepared to enter a plea of

9    not guilty.

10             THE COURT:  Thank you.

11             I will have to take a break.

12             (Recess)

13             THE COURT:  Mr. Ratliff, did you hear everything so

14   far.

15             DEFENDANT RATLIFF:  Yes, sir.

16             THE COURT:  Have you seen a copy of superseding

17   indictment one charging you with conspiracy to violate the

18   robbery laws of the United States during the period July 1,

19   2013 to January 30, 2014, and also in Count Two charging you

20   with engaging in a robbery of a jewelry store in Atlantic City

21   on or around July 1, 2013?

22             DEFENDANT RATLIFF:  Yes, sir.

23             THE COURT:  Do you wish me to read the charges in

24   Count One and Count Two to you?

25             DEFENDANT RATLIFF:  No.  I waive it.
```

| | |
|---|---|
| 1 | THE COURT:  I'm sorry? |
| 2 | DEFENDANT RATLIFF:  I waive it. |
| 3 | THE COURT:  You waive it.  Would you like a plea of |
| 4 | not guilty entered on your behalf in connection with those two |
| 5 | charges? |
| 6 | DEFENDANT RATLIFF:  Yes, sir. |
| 7 | THE COURT:  All right. |
| 8 | A plea of not guilty will be entered on behalf of |
| 9 | Mr. Ratliff as to Counts One and Two. |
| 10 | Mr. Dehoyos, Tyrone Dehoyos.  Mr. Baum. |
| 11 | MR. BAUM:  Yes, your Honor. |
| 12 | THE COURT:  Have you seen a copy of the indictment |
| 13 | charging you defendant? |
| 14 | MR. BAUM:  I have, your Honor.  I have reviewed it |
| 15 | with Mr. Dehoyos.  We have discussed it.  He waives its public |
| 16 | reading, and he would enter a plea of not guilty. |
| 17 | THE COURT:  Mr. Dehoyos, have you seen a copy of the |
| 18 | superseding indictment charging you in Count One with |
| 19 | conspiracy to violate the conspiracy laws, charging you with |
| 20 | engaging in a conspiracy to violate the robbery laws of the |
| 21 | United States during the period of July 1, 2013 to January 30, |
| 22 | 2014 in Count One and also charging you in Count Four with a |
| 23 | robbery of a jewelry store in Cranford, New Jersey, on or |
| 24 | around January 9, 2014? |
| 25 | DEFENDANT DEHOYOS:  Yes. |

1          THE COURT:  Do you wish me to read these charges to

2     you?

3          DEFENDANT DEHOYOS:  No, I waive.

4          THE COURT:  Would you like a plea of not guilty

5     entered on your behalf at this time?

6          DEFENDANT DEHOYOS:  Yes.

7          THE COURT:  All right.  A plea of not guilty will be

8     entered on behalf of Mr. Dehoyos on Count One and Count Four of

9     the superseding indictment.

10          I guess I have to arraign the defendants also on the

11     counts in superseder number two.

12          MR. COOPER:  I think that's right, your Honor.

13          THE COURT:  All right.

14          Mr. Williams, Allen Williams.

15          Mr. Nkrumah, have you seen a copy of the superseding

16     indictment number two charging the defendant with conspiracy to

17     violate the narcotic laws between the dates of July 1, 2013 and

18     January 30, 2014 in Count One.  And also charging him in Count

19     Three with conspiracy to commit a robbery of an Atlantic City

20     jewelry store on and around July 1, 2013, in Count Three; and

21     in Count Four charging him with conspiracy to commit the

22     robbery of a jewelry store on or around August 3, 2013, in the

23     vicinity of Richmond, Virginia; and in Count Five of committing

24     a robbery on November 6, 2013 in New Canaan, Connecticut; and

25     charging him in Count Six with committing a robbery on January

1  9, 2014, in Cranford, New Jersey; and charging him in Count

2  Seven with committing a robbery in Manhattan, New York, on or

3  around January 30, 2014?

4              MR. NKRUMAH:  Yes, your Honor.

5         I have had an opportunity to review that indictment I

6  have an opportunity to review that indictment with

7  Mr. Williams.  We enter a plea of not guilty to all charges.

8              THE COURT:  All right.

9              MR. NKRUMAH:  We also waive the public reading, your

10  Honor of the indictment.

11              THE COURT:  All right.

12         Mr. Williams, have you seen the superseding indictment

13  charging you with the crimes I just read off?

14              DEFENDANT WILLIAMS:  Yes, I have seen it.

15              THE COURT:  Do you wish me to read them, or do you

16  waive the reading?

17              DEFENDANT WILLIAMS:  I waive my rights to the reading.

18              THE COURT:  Do you wish a plea of not guilty entered

19  on your behalf?

20              DEFENDANT WILLIAMS:  Yes.

21              THE COURT:  A plea of not guilty will be entered on

22  Mr. Williams' behalf as to Counts One, Three, Four, Five, Six,

23  and Seven of superseding indictment two.

24         Roberto Grant.

25         Mr. Siegel, have you seen a copy of the superseding

1    indictment two charging the defendant with conspiracy to

2    violate the robbery laws of the United States between the dates

3    of July 1, 2013 and January 30, 2014 and charging him in Count

4    Three with participating in a robbery of an Atlantic City

5    jewelry store on and around July 1, 2013; in Count Four

6    charging him with the robbery of a jewelry store in Richmond,

7    Virginia, on or around August 3, 2013; charging him also with a

8    robbery of a jewelry store in New Canaan, Connecticut, on or

9    around November 6, 2013; in Count Six charging him with the

10   robbery of a jewelry store in Cranford, New Jersey, on or

11   around January 9, 2014; and charging him in Count Seven with

12   the robbery of a New York, Manhattan, New York, jewelry store

13   on or around January 30, 2014?

14          MR. SIEGEL:  Yes, I have, Judge.

15          I have reviewed that indictment with Mr. Grant.  He's

16   prepared to waive the public reading of the indictment, and

17   he's also prepared to enter a plea of not guilty.

18          THE COURT:  Mr. Grant, have you seen a copy of the

19   indictment?

20          DEFENDANT GRANT:  Yes, your Honor.

21          THE COURT:  The superseding indictment two containing

22   the charges I have just read off?

23          DEFENDANT GRANT:  Yes, I have, your Honor.

24          THE COURT:  Do you wish to have the counts in which

25   you are charged read to you --

1          DEFENDANT GRANT:  No, sir.

2          THE COURT:  -- or do you waive a reading of the

3    counts?

4          DEFENDANT GRANT:  I waive the reading.

5          THE COURT:  Do you wish a plea of not guilty entered

6    on your behalf as to Counts One, Three, Four, Five, Six and

7    Seven?

8          DEFENDANT GRANT:  Not guilty.

9          THE COURT:  All right.  A plea of not guilty will be

10   entered on behalf of Mr. Grant as to Counts One, Three, Four,

11   Five, Six and Seven of the second superseding indictment.

12         Terrell Ratliff.  Ms. Todd, have you seen a copy of

13   the indictment charging Mr. Ratliff with conspiracy to commit

14   Hobbs Act robberies between the dates of July 1, 2013, through

15   January 30, 2014, that is Count One; and in Count Three

16   charging him with participating in a robbery of a jewelry store

17   in Atlantic City New Jersey on or around July 1, 2013?

18         MS. TODD:  Yes, your Honor.  I am in receipt of

19   superseding indictment four.  I have reviewed --

20         THE COURT:  I think it's two.

21         MS. TODD:  I'm sorry, superseding indictment two.

22         I have reviewed the indictment with Mr. Ratliff with

23   respect to the charges attributed to him, which is Count One

24   and Count Three.  He waives the public reading of the

25   indictment, and he is prepared to enter a plea of not guilty as

1    to both counts.

2              THE COURT:  Mr. Ratliff, have you seen a copy of

3    superseding indictment two, charging you with conspiracy to

4    commit Hobbs Act robberies on July 1, 2013, through January 30,

5    2014; and in Count Three charging you with participating in the

6    robbery of a jewelry store in Atlantic City, New Jersey, on or

7    around July 1, 2013?

8              DEFENDANT RATLIFF:  Yes, sir.

9              THE COURT:  Do you wish me to read those charges to

10   you at this time, or do you waive a reading of those charges?

11             DEFENDANT RATLIFF:  I waive it.

12             THE COURT:  You waive a reading.

13             Would you like a plea of not guilty entered on your

14   behalf at this time?

15             DEFENDANT RATLIFF:  Yes, sir.

16             THE COURT:  All right.

17             A plea of not guilty will be entered as to Counts One

18   and Three as to Mr. Ratliff.

19             Tyrone Dehoyos.  Mr. Baum, is it?

20             MR. BAUM:  Yes, your Honor.

21             THE COURT:  Have you seen a copy of the indictment

22   charging Mr. Dehoyos with conspiracy to violate the robbery

23   laws of the United States during the period July 1, 2013,

24   through January 30, 2014, in Count One; and charging the

25   defendant in Count Six with engaging in the robbery of a

1    Cranford, New Jersey, jewelry store on or around January 9,

2    2014?

3              MR. BAUM:  I have seen it, your Honor.  I have

4    discussed it with Mr. Dehoyos.  We waive its public reading,

5    and Mr. Dehoyos enters a plea of not guilty to those two

6    counts.

7              THE COURT:  Mr. Dehoyos, have you seen a copy of the

8    superseding indictment two charging you with conspiracy to

9    commit Hobbs Act robberies between the dates of July 1, 2013,

10   and January 30, 2014?

11             DEFENDANT DEHOYOS:  Yes.

12             THE COURT:  Have you also seen that in that indictment

13   there is also a charge in Count Six charging you with

14   participating in a robbery of a jewelry store in Cranford, New

15   Jersey, on or around January 9, 2014?

16             DEFENDANT DEHOYOS:  Yes.

17             THE COURT:  Do you want me to read these two counts to

18   you at this time?

19             DEFENDANT DEHOYOS:  No, I'll waive.

20             THE COURT:  Would you like a plea of not guilty

21   entered on your behalf at this time?

22             DEFENDANT DEHOYOS:  Yes.

23             THE COURT:  All right.  A plea of not guilty will be

24   entered on behalf of Tyrone Dehoyos as to Counts One and Six of

25   the second superseding indictment.

1            Are we done?

2            MR. COOPER:  I think that is all the arraigning that

3    we have to do today, your Honor.

4            THE COURT:  All right.

5            What else do we have to do?

6            MR. COOPER:  We can give you an update on where we

7    are, your Honor.

8            To date the government has produced, with a few

9    exceptions, all of the discovery that it has in its possession

10   right now.  I can outline for Court the few items, the

11   remaining discovery that we have that we will be producing in

12   very short order, but we have already turned over to the

13   defendants, among numerous other things, any postarrest

14   statements that were made by the defendants as well as a search

15   warrant application that was made in connection with this case

16   with respect to cell phones that were recovered from three of

17   the defendants.

18           The government has also produced police files with

19   respect to the charged robberies as well as surveillance videos

20   and images from four out of the five substantive robberies

21   contained in the S2 superseding indictment.  There are a few

22   pieces of discovery that remain to be produced that the

23   government has just recently received and is in the process of

24   gathering together for production to the defendants.  I can

25   outline that for your Honor.

1          It consists of the search warrant returns with respect

2     to searches of two of these defendants' phones, Mr. Grant and

3     Mr. Williams, some additional cell site information.

4          I should note, your Honor, that the government

5     collected cellular telephone call records and cell site

6     information pursuant to applications and orders that were

7     entered by the Court.  We produced what we had to the

8     defendants, and we are expecting to receive additional cell

9     site information that we will produce promptly.

10          There's one additional substantive robbery that's

11     added in the S2 indictment that was not in the previous

12     indictment.  That is the robbery up in New Canaan, Connecticut.

13     We will be producing the file with respect to that robbery as

14     well as the file with respect to a robbery that occurred in

15     Brooklyn, New York, which is not charged as a substantive

16     robbery, but forms the basis for Count Two of the indictment,

17     which is discharge of a firearm in furtherance of the robbery

18     conspiracy.

19          It was a robbery, your Honor, that's part of this

20     conspiracy where robbers brandished firearms and actually

21     discharged one of the firearms and shot a store owner in the

22     leg.  So those files remain to be produced.  The government has

23     those and is in the process of preparing them for production.

24          THE COURT:  When will they be turned over to the

25     defense?

1          MR. COOPER:  I think within the next week we should

2    have all of those remaining pieces of discovery that I have

3    outlined produced to the defendants.

4          THE COURT:  I think you mentioned, maybe I am wrong,

5    but you mentioned five counts, substantive counts.  I think

6    there are six.

7          MR. COOPER:  In the S2 superseding indictment, your

8    Honor, there's the Hobbs Act conspiracy count.  That's Count

9    One.  There is a gun count --

10         THE COURT:  And then five --

11         MR. COOPER:  And then five substantive robberies, yes.

12         THE COURT:  All right.

13         MR. COOPER:  Your Honor, I should also note that in

14   the S2 indictment there are three defendants who are not here

15   today.  Two of those defendants, Mr. McIntyre and Mr. Thompson,

16   are currently in state custody.  Mr. Thompson is in state

17   custody in New York, and Mr. McIntyre is in state custody in

18   New Jersey.

19         The government has submitted writs.  Once executed, we

20   will begin the process of writting those two defendants into

21   this district to be arraigned on the S2 indictment.

22         THE COURT:  What about the remaining defendant?

23         MR. COOPER:  He's currently at large, your Honor.

24         THE COURT:  We haven't set a date then for review of

25   the discovery and motions.  I guess it is a little preliminary.

1    Is it?  What do counsel think?

2         MR. SIEGEL:  Judge, we have had a discussion among all

3    of us earlier and felt that it was made more sense for us to

4    have some more time to look at the discovery.  We actually were

5    just served with a fairly substantial quantity of the discovery

6    today.  So we were going to ask your Honor to return back to

7    Court in approximately six weeks or so after we have had a

8    chance to review the additional discovery and the additional

9    discovery yet to be provided.

10        MS. TODD:  Judge, if I might just add to that, with

11   respect to the earlier discovery that the government mailed out

12   to all counsel, the discovery that I received I was unable to

13   access the information because there appears to be something

14   wrong with the CD.  I have spoken with Mr. Cooper, and he is

15   going to expedite another copy to me.  So I really haven't had

16   a chance to look at anything.

17        THE COURT:  What date are you asking for for coming

18   back here, Mr. Siegel?

19        MR. SIEGEL:  Judge, I don't think we had sort of

20   narrowed it down that far among us.  I said six weeks.  That

21   would put us toward the end of May I guess.

22        THE COURT:  These men are in jail.

23        MR. SIEGEL:  Yes.

24        THE COURT:  Is that as soon as it can be done?

25        MR. SIEGEL:  I think I am hearing from my colleagues a

1   proposal here for the week of May 19.

2           THE COURT:  I would prefer it before the 19th.  I am

3   beginning a trial on the 19th.

4           MR. SIEGEL:  The prior week I guess would be the week

5   of May 15.

6           THE DEPUTY CLERK:  Thursday, May 15.

7           MR. BAUM:  That's good.

8           THE DEPUTY CLERK:  Thursday May 15 at 4.

9           MR. SIEGEL:  May 15 at 4 o'clock.  All right.

10          THE COURT:  I think you should all know that

11  Mr. Monteagudo is a new grandfather.  He can be referred to as

12  grand-pop from now on.

13          MR. SIEGEL:  Oh, well, congratulations.  He doesn't

14  seem quite old enough.

15          THE COURT:  He's got a beard there.  He hides it.  May

16  15 at 4 o'clock.

17          MR. COOPER:  Your Honor, the government would request

18  exclusion of time between now and May 15 under the speedy trial

19  act to permit the defendants to review the additional discovery

20  that the government is gathering and producing and to

21  contemplate motions in that time, your Honor.

22          THE COURT:  The application is granted.

23          MR. COOPER:  Thank you, your Honor.

24          THE COURT:  Anything further to take up?

25          MR. COOPER:  Not from the government.

```
 1              MR. SIEGEL:  No, Judge, thank you.

 2              THE COURT:  All right.

 3              MR. COOPER:  Thank you, Judge.

 4              THE COURT:  Thank you.

 5              (Adjourned)

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```